# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| CINDY LEE GARCIA,<br><br>　　　　Plaintiff-Appellant,<br><br>　　v.<br><br>GOOGLE INC. and YOUTUBE, LLC,<br><br>　　　　Defendants-Appellees. | No. 12-57302 |

## APPELLEES' EMERGENCY MOTION UNDER CIRCUIT RULE 27-3 TO FILE MOTION UNDER SEAL

Pursuant to Circuit Rule 27-13, Defendants-Appellees Google Inc. and YouTube, LLC respectfully request leave to file a motion under seal. The motion is being filed simultaneously with this motion. Counsel for Plaintiff-Appellant Cindy Lee Garcia states that she will oppose this motion.

While Appellees would welcome filing the accompanying motion publicly, they are not able to do so for the reasons detailed in the accompanying motion.

1

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | /s/ Neal Kumar Katyal |
| TIMOTHY L. ALGER | NEAL KUMAR KATYAL |
| SUNITA BALI | DOMINIC F. PERELLA |
| PERKINS COIE LLP | JUDITH E. COLEMAN |
| 1305 Porter Drive | HOGAN LOVELLS US LLP |
| Palo Alto, California 94306 | 555 Thirteenth Street, N.W. |
| (650) 838-4334 | Washington, D.C. 20004 |
| TAlger@perkinscoie.com | (202) 637-56000 |
| Sbali@perkinscoie.com | neal.katyal@hoganlovells.com |
| February 20, 2014 | *Counsel for Appellees Google Inc. and YouTube, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on February 20, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

<u>/s/ Neal Kumar Katyal</u>
Neal Kumar Katyal