**FENWICK & WEST LLP**

555 CALIFORNIA STREET, 12TH FLOOR    SAN FRANCISCO, CA 94104
TEL 415.875.2300    FAX 415.281.1350    WWW.FENWICK.COM

RECEIVED
OFFICE OF THE CLERK
U.S. COURT OF APPEALS

2014 MAR 12 PM 3:07

FILED _____
DOCKETED _____
DATE    INITIAL

March 12, 2014

ANDREW P. BRIDGES

EMAIL ABRIDGES@FENWICK.COM
Direct Dial (415) 875-2389

**BY HAND**

Ms. Molly C. Dwyer
Clerk of the Court
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re:    *Garcia v. Google, Inc.*
       No. 12-57302

Dear Ms. Dwyer:

    Automattic Inc. (WordPress), Facebook, Inc., IAC/InterActiveCorp, Pinterest, Inc., and Twitter, Inc. inform the Court that, with the Court's permission, they intend to file a brief as *amici curiae* supporting Google's petition for rehearing *en banc*. They understand that the Court has scheduled a vote on Google's motion for a stay on March 18. Because the proposed *amici curiae* anticipate filing their brief after that date, on March 24, they wish to bring to the Court's attention their intent at this time. These companies are aware of additional companies that have an interest in being *amici curiae* but have not yet confirmed their intent.

    Sincerely,

    FENWICK & WEST LLP

    Andrew P. Bridges

APB:rp

cc:    Counsel of Record

5469021.4

## **PROOF OF SERVICE**

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104. On the date set forth below, I served a copy of the following document:

## **LETTER REGARDING INTENT OF *AMICI CURIAE***

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

| | |
|---|---|
| *Attorneys for Plaintiff-Appellant Cindy Garcia*<br><br>M. Cris Armenta<br>The Armenta Law Firm APC<br>11900 W. Olympic Blvd., Ste. 730<br>Los Angeles, CA 90064 | *Attorneys for Plaintiff-Appellant Cindy Garcia*<br><br>Credence E. Sol<br>Law Offices of Credence E. Sol<br>La Garenne<br>86200 Chauvigny<br>FRANCE |
| *Attorneys for Defendants-Appellees Google, Inc. and YouTube, LLC*<br><br>Timothy L. Alger<br>Perkins Coie LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212 | *Attorneys for Defendants-Appellees Google, Inc. and YouTube, LLC*<br><br>Sunita Bali<br>Perkins Coie LLP<br>4 Embarcadero Center, Suite 2400<br>San Francisco, CA 94111 |
| *Attorneys for Defendants-Appellees Google, Inc. and YouTube, LLC*<br><br>Neal Katyal<br>Dominic Perella<br>Judith Coleman<br>Hogan Lovells US LLP<br>555 13th St NW<br>Washington, DC 20004 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

☑   **BY US MAIL:** by placing the document listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: March 12, 2014                                   _____
                                                                    Raymond F. Pelayo