# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CINDY LEE GARCIA,

    Plaintiff-Appellant,

v.

GOOGLE INC. and YOUTUBE, LLC,

    Defendants-Appellees.

No. 12-57302

## GOOGLE INC. AND YOUTUBE, LLC'S MOTION TO WITHDRAW THE APPEARANCE OF CHRISTOPHER T. HANDMAN AS COUNSEL

    Defendants-Appellees Google Inc. and YouTube, LLC move to withdraw the appearance of Christopher T. Handman.  Mr. Handman has accepted another position and will no longer be associated with Hogan Lovells US LLP.  Google and YouTube will continue to be represented in this matter by the counsel listed below.

    For the foregoing reasons, the motion should be granted.

1

|  |  |
|---|---|
| | Respectfully submitted, |
| | /s/ Neal Kumar Katyal |
| | NEAL KUMAR KATYAL |
| | DOMINIC F. PERELLA |
| TIMOTHY L. ALGER | SEAN MAROTTA |
| SUNITA BALI | HOGAN LOVELLS US LLP |
| PERKINS COIE LLP | 555 Thirteenth Street, N.W. |
| 1305 Porter Drive | Washington, D.C. 20004 |
| Palo Alto, California 94306 | (202) 637-5600 |
| (650) 838-4334 | neal.katyal@hoganlovells.com |
| TAlger@perkinscoie.com | |
| Sbali@perkinscoie.com | *Counsel for Defendants-Appellees* |
| | *Google Inc. and YouTube, LLC* |
| April 28, 2014 | |

## CERTIFICATE OF SERVICE

I certify that on April 28, 2014, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

<u>/s/ Neal Kumar Katyal</u>
Neal Kumar Katyal
